**MADELINE SINGAS**
DISTRICT ATTORNEY
———————
CONVICTION INTEGRITY DIVISION
Sheryl Anania, Executive

APPEALS BUREAU
Tammy J. Smiley, Chief



# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

March 10, 2020

Hon. Anne M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

       Re:    *Scrimo v. Lee,* 11-CV-4171 (AMD)

Dear Judge Donnelly:

      I am writing to inform this Court of the steps the State has taken to continue to fulfill its obligation, pursuant to the order of the United States Court of Appeals for the Second Circuit, to take "concrete and substantial steps to expeditiously retry Scrimo." *Scrimo v. Lee*, No. 17-3434, 2019 WL 3924811 (2d Cir. August 20, 2019) (granting Scrimo's petition for writ of habeas corpus). Defendant appeared, before the Hon. Teresa Corrigan, on February 25, 2020. In January, extensive discovery materials, exceeding 2,800 pages, were turned over to defense counsel by A.D.A. Martin Meaney, of the Major Offense Bureau of the Nassau County District Attorney's Office. Defense counsel continues to review those materials and has been in consultation with Mr. Meaney about any remaining materials he may need. Both sides continue to prepare for trial, which is expected to commence in the near future. The case was adjourned to March 16, 2020.

      Thank you for your attention in this matter, and if there are any questions, please do not hesitate to contact me.

                          Respectfully yours,

                          MADELINE SINGAS
                          DISTRICT ATTORNEY

          By:     Cristin N. Connell
                     Senior Appellate Counsel for
                     Federal Litigation
                     (516) 571-3658

cc:   Gregory Madey, Esq.
      114 Old Country Rd, # 345
      Mineola, New York 11501