**MADELINE SINGAS**
DISTRICT ATTORNEY

CONVICTION INTEGRITY DIVISION
Sheryl Anania, Executive

APPEALS BUREAU
Tammy J. Smiley, Chief



# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

August 17, 2020

Hon. Anne M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re:     *Scrimo v. Lee,* 11-CV-4171 (AMD)

Dear Judge Donnelly:

I am writing to inform this Court of the steps the State has taken to continue to fulfill its obligation, pursuant to the order of the United States Court of Appeals for the Second Circuit, to take "concrete and substantial steps to expeditiously retry Scrimo." *Scrimo v. Lee*, No. 17-3434, 2019 WL 3924811 (2d Cir. August 20, 2019) (granting Scrimo's petition for writ of habeas corpus). On June 24, 2020, Judge Corrigan denied defendant's request for bail and remanded him pending trial. Defendant filed a petition for a writ of state habeas corpus before the Appellate Division, Second Department, and after both sides submitted papers, the petition was argued today. The court has reserved judgment. The case is next scheduled before Judge Corrigan on August 19, 2020. Both sides are preparing for trial. In her denial of defendant's request for bail, Judge Corrigan, the supervising judge of Nassau County, assured the parties that she would ensure that defendant has one of the first trials held once jury trials resume. Thank you for your attention in this matter, and if there are any questions, please do not hesitate to contact me.

Respectfully yours,

MADELINE SINGAS
DISTRICT ATTORNEY

By:     Cristin N. Connell
Senior Appellate Counsel for
Federal Litigation
(516) 571-3658

cc:   Earl Ward, Esq. *via email*
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020

Julia P. Kuan, Esq. *via email*
Romano & Kuan, PLLC
600 Fifth Avenue, 10th Floor
New York, N.Y. 10020