**MADELINE SINGAS**
**DISTRICT ATTORNEY**

**CONVICTION INTEGRITY DIVISION**
Sheryl Anania, Executive

**APPEALS BUREAU**
Tammy J. Smiley, Chief



# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

October 25, 2020

Hon. Anne M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re: *Scrimo v. Lee,* 11-CV-4171 (AMD)

Dear Judge Donnelly:

With apologies for the delay, I am writing to inform this Court of the steps the State has taken to continue to fulfill its obligation, pursuant to the order of the United States Court of Appeals for the Second Circuit, to take "concrete and substantial steps to expeditiously retry Scrimo." *Scrimo v. Lee*, No. 17-3434, 2019 WL 3924811 (2d Cir. August 20, 2019) (granting Scrimo's petition for writ of habeas corpus). After defendant's request for bail was denied, defendant filed a petition for a writ of state habeas corpus before the Appellate Division, Second Department. On August 18, 2020, the court sustained the petition and bail was set in the amount of $300,000 bond or $150,000 in cash. Defendant is now at liberty on bail pending trial. The case is next scheduled before Judge Corrigan on November 12, 2020. Defense counsel is in the process of reviewing the extensive discovery and both sides are preparing for trial. Thank you for your attention in this matter, and if there are any questions, please do not hesitate to contact me.

          Respectfully yours,

          MADELINE SINGAS
          DISTRICT ATTORNEY

By:    Cristin N. Connell
       Senior Appellate Counsel for
       Federal Litigation
       (516) 571-3658

cc: Earl Ward, Esq. *via email*
    Emery Celli Brinckerhoff & Abady LLP
    600 Fifth Avenue, 10th Floor
    New York, NY 10020

    Julia P. Kuan, Esq. *via email*
    Romano & Kuan, PLLC
    600 Fifth Avenue, 10th Floor
    New York, N.Y. 10020