**MADELINE SINGAS**
**DISTRICT ATTORNEY**

**CONVICTION INTEGRITY DIVISION**
Sheryl Anania, Executive

**APPEALS BUREAU**
Tammy J. Smiley, Chief



# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

October 26, 2020

Hon. Anne M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

        Re:    *Scrimo v. Lee,* 11-CV-4171 (AMD)

Dear Judge Donnelly:

    I am writing to inform this Court of the steps the State has taken to continue to fulfill its obligation, pursuant to the order of the United States Court of Appeals for the Second Circuit, to take "concrete and substantial steps to expeditiously retry Scrimo." *Scrimo v. Lee*, No. 17-3434, 2019 WL 3924811 (2d Cir. August 20, 2019) (granting Scrimo's petition for writ of habeas corpus). This morning, trial counsel explained that there was a misunderstanding in the upcoming dates he had given me and that the parties are meeting to go over discovery material on November 12, 2020, but that the case is not before Judge Corrigan again until December 15, 2020. Our apologies for the imprecise information. Thank you for your attention in this matter, and if there are any questions, please do not hesitate to contact me.

        Respectfully yours,

        MADELINE SINGAS
        DISTRICT ATTORNEY

By:    Cristin N. Connell
        Senior Appellate Counsel for
        Federal Litigation
        (516) 571-3658

cc:    Earl Ward, Esq. *via email*
       Emery Celli Brinckerhoff & Abady LLP
       600 Fifth Avenue, 10th Floor
       New York, NY 10020

       Julia P. Kuan, Esq. *via email*
       Romano & Kuan, PLLC
       600 Fifth Avenue, 10th Floor
       New York, N.Y. 10020