**MADELINE SINGAS**
DISTRICT ATTORNEY

CONVICTION INTEGRITY DIVISION
Sheryl Anania, Executive

APPEALS BUREAU
Tammy J. Smiley, Chief



# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

December 28, 2020

Hon. Anne M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

      Re:  *Scrimo v. Lee,* 11-CV-4171 (AMD)

Dear Judge Donnelly:

  I am writing to inform this Court of the steps the State has taken to continue to fulfill its obligation, pursuant to the order of the United States Court of Appeals for the Second Circuit, to take "concrete and substantial steps to expeditiously retry Scrimo." *Scrimo v. Lee*, No. 17-3434, 2019 WL 3924811 (2d Cir. August 20, 2019) (granting Scrimo's petition for writ of habeas corpus). Defendant remains at liberty on bail pending trial. The last scheduled court date was December 15, 2020. However, due to the unexpected passing of Judge Corrigan's husband, the case was adjourned off the record until January 26, 2021. Because the prosecutor handling the case retired this month, it has also been recently reassigned to Assistant District Attorney Nicole Aloise, who, along with defense counsel, is in the process of reviewing the extensive discovery as both sides are preparing for trial. Thank you for your attention in this matter, and if there are any questions, please do not hesitate to contact me.

          Respectfully yours,

          MADELINE SINGAS
          DISTRICT ATTORNEY

      By:  Cristin N. Connell
         Senior Appellate Counsel for
         Federal Litigation
         (516) 571-3658

cc: Earl Ward, Esq. *via email*
   Emery Celli Brinckerhoff & Abady LLP
   600 Fifth Avenue, 10th Floor
   New York, NY 10020

   Julia P. Kuan, Esq. *via email*
   Romano & Kuan, PLLC
   600 Fifth Avenue, 10th Floor
   New York, N.Y. 10020