**MADELINE SINGAS**
DISTRICT ATTORNEY

**CONVICTION INTEGRITY DIVISION**
Sheryl Anania, Executive

**APPEALS BUREAU**
Tammy J. Smiley, Chief



# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

March 10, 2021

Hon. Anne M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re: *Scrimo v. Lee,* 11-CV-4171 (AMD)

Dear Judge Donnelly:

I am writing to inform this Court of the steps the State has taken to continue to fulfill its obligation, pursuant to the order of the United States Court of Appeals for the Second Circuit, to take "concrete and substantial steps to expeditiously retry Scrimo." *Scrimo v. Lee*, No. 17-3434, 2019 WL 3924811 (2d Cir. August 20, 2019) (granting Scrimo's petition for writ of habeas corpus). Defendant remains at liberty on bail pending trial. The last scheduled court date was January 26, 2021. The parties discussed the status of discovery, and the logistics of proceeding to trial due to the availability of various witnesses. Assistant District Attorney Nicole Aloise is, along with defense counsel, in the process of reviewing the extensive record as both sides are preparing for trial. The case is next calendared for March 30, 2021. Thank you for your attention in this matter, and if there are any questions, please do not hesitate to contact me.

Respectfully yours,

MADELINE SINGAS
DISTRICT ATTORNEY

By:   Cristin N. Connell
      Senior Appellate Counsel for
      Federal Litigation
      (516) 571-3658

cc:   Earl Ward, Esq. *via email*
      Emery Celli Brinckerhoff & Abady LLP
      600 Fifth Avenue, 10th Floor
      New York, NY 10020

      Julia P. Kuan, Esq. *via email*
      Romano & Kuan, PLLC
      600 Fifth Avenue, 10th Floor
      New York, N.Y. 10020