

**ANNE T. DONNELLY**
DISTRICT ATTORNEY

SPECIAL PROCEEDINGS DIVISION
Tammy J. Smiley, Executive

APPEALS BUREAU
Daniel Bresnahan, Chief

# OFFICE OF THE DISTRICT ATTORNEY
## NASSAU COUNTY

September 7, 2022

Hon. Anne M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

                Re:    *Scrimo v. Lee,* 11-CV-4171 (AMD)

Dear Judge Donnelly:

    I am writing to inform this Court of the steps the State has taken to continue to fulfill its obligation, pursuant to the order of the United States Court of Appeals for the Second Circuit, to take "concrete and substantial steps to expeditiously retry Scrimo." *Scrimo v. Lee*, No. 17-3434, 2019 WL 3924811 (2d Cir. August 20, 2019) (granting Scrimo's petition for writ of habeas corpus). Due to the pandemic-related backlog of trials, the parties now expect the trial to take place in November 2022. Assistant District Attorney Nicole Aloise is, along with defense counsel, preparing for trial. The case is next calendared for an update on October 11, 2022. Thank you for your attention in this matter, and if there are any questions, please do not hesitate to contact me.

                                            Respectfully yours,

                                            Cristin N. Connell
                                            Senior Appellate Counsel for
                                            Federal Litigation
                                            (516) 571-3658

cc:    Earl Ward, Esq. *via email*
       Emery Celli Brinckerhoff & Abady LLP
       600 Fifth Avenue, 10th Floor
       New York, NY 10020

       Julia P. Kuan, Esq. *via email*
       Romano & Kuan, PLLC
       600 Fifth Avenue, 10th Floor
       New York, N.Y. 10020